

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2017

No. 04-16-00286-CV

Margaret Landen **SAKS** and Philip M. Ross,
Appellants

v.

Marcus P. **ROGERS,** A. Chris Heinrichs, J. Barrett Shipp and Heinrichs & De Gennaro, P.C.,
Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466B
Honorable Kelly Cross, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The en banc court has considered Appellants' motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court